Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | No. C05-5071FDB |
|         v. ) | STIPULATION FOR ENTRY |
| ESTANISLAO A. HOCOG, ) | OF CONSENT JUDGMENT |
|         Defendant. ) | |

The defendant, Estanislao A. Hocog ("defendant"), hereby acknowledges receipt of the Complaint filed herein and admits the allegations contained therein.

Upon defendant's representation to plaintiff, United States of America ("plaintiff"), that he is unable to presently pay in full the amount of his indebtedness to the United States, it is hereby stipulated and agreed by and between the parties that judgment may be entered for the plaintiff and against the defendant as follows:

1. <u>CAUSE OF ACTION</u>:

    Principal:                                                                  $10,000.00

    Prejudgment Interest to February 8, 2006,
    at 5.25% per annum, less Treasury
    Offset Payments:                                             $1,017.33

    TOTAL:                                                                $11,017.33

OF CONSENT JUDGMENT - 1
(No. C05-5071FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

      a. Interest shall accrue on the principal amount of $10,000.00 from February 8, 2006, at a rate of 5.25% per annum until entry of judgment;

      b. Interest shall accrue on the judgment at the legal rate, to be compounded annually, from the date of entry thereof until paid in full.

  2. Plaintiff and defendant further agree as follows:

      a. Defendant agrees to submit within two weeks of the date of this Stipulation and thereafter, in a timely manner, at least each year, and more frequently if a request is made by the Department of Justice and/or the United States Attorney, any and all financial information and documents requested by the Department of Justice and/or the United States Attorney until the debt is paid in full.

      b. Defendant agrees to either pay the debt in full, if it is determined that he has sufficient assets to do so, or to make reasonable monthly payments as established by the United States Attorney's Office, with the first payment to be due April 1, 2006.

      c. Defendant agrees to notify the United States Attorney's Office of any change in mailing address until the debt is paid in full.

      d. Defendant agrees not to move for discharge of this debt by way of bankruptcy.

      e. The failure of the Defendant to abide by paragraphs 2(a) - 2(d) above can result in immediate execution of the judgment being commenced at the discretion of plaintiff.

      f. Plaintiff shall be entitled to continue Treasury Offsets until the debt is paid in full.

      g. Defendant has been credited in the above-stated TOTAL with all Treasury Offset Payments known by the United States Attorney's Office to have been made on or

//
//
//

STIPULATION FOR ENTRY
OF CONSENT JUDGMENT - 2
(No. C05-5071FDB)

before July 25, 2005.  Those Payments total $1,460.96.  Defendant is entitled to be, and will be, credited with any other Treasury Offset Payments made before, on or after July 25, 2005.

**IT IS SO ORDERED**

DATED this 16th day of February 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

JOHN McKAY
United States Attorney

 s/Robert P. Brouillard                         DATED:  2/14/06
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorney for Plaintiff

 s/Estanislao A. Hocog                          DATED:  2/13/06
ESTANISLAO A. HOCOG
Defendant

STIPULATION FOR ENTRY
OF CONSENT JUDGMENT - 3
(No. C05-5071FDB)