Hon. Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C05-5071FDB |
| Plaintiff, | ) | |
| v. | ) | CONSENT JUDGMENT |
| ESTANISLAO A. HOCOG, | ) | |
| Defendant. | ) | |

The above-entitled action having come on for consideration upon the request and stipulation of the respective parties hereto for the entry of judgment, and it appearing to the Court that plaintiff, United States of America, and defendant, Estanislao A. Hocog, have agreed that plaintiff is entitled to recover judgment against the defendant, it is therefore

ORDERED, ADJUDGED, and DECREED that plaintiff have and receive of defendant judgment as follows:

1. <u>CAUSE OF ACTION</u>:

| | |
|---|---|
| Principal: | $10,000.00 |
| Prejudgment Interest to February 8, 2006, at 5.25% per annum, less Treasury Offset Payments: | $1,017.33 |
| TOTAL: | $11,017.33 |

   a. Interest shall accrue on the principal amount of $10,000.00 from February 8, 2006, at a rate of 5.25% per annum until entry of judgment;

CONSENT JUDGMENT - 1
(No. C05-5071FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

      b. Interest shall accrue on the judgment at the legal rate, to be compounded annually, from the date of entry until paid in full.

2. Filing fee of Two Hundred and Fifty Dollars ($250) pursuant to 28 U.S.C. §§2412(a)(2) and 1914(a), as amended October 19, 1996, PL 104-317, 110 Stat 3847; and

3. Docket fees of Twenty Dollars ($20.00) pursuant to 28 U.S.C. § 1923.

DATED this 16th day of February 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

s/Robert P. Brouillard      DATED: 2/14/06
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorney for Plaintiff

s/Estanislao A. Hocog      DATED: 2/13/06
ESTANISLAO A. HOCOG
Defendant

CONSENT JUDGMENT - 2
(No. C05-5071FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970